

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 25, 2025

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Taylor**, 25 Cr. 268 (JPO)

Dear Judge Oetken:

    The Government respectfully writes, with the consent of the defense, to request that the initial conference be rescheduled to June 30, 2025 at 3:30 p.m. and that time under the Speedy Trial Act be excluded until that day. The defendant was presented and arraigned on June 23, 2025 before Judge Moses, who excluded time through June 26, 2025, the original date of the initial conference. However, defense counsel will be unavailable and has requested that the conference be adjourned to June 30. The exclusion of time would permit the Government to begin to prepare discovery and the parties to begin discussions of a potential disposition.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:    /s/ Jun Xiang
     Jun Xiang
     Assistant United States Attorney
     (212) 637-2289

---

Granted. The June 26, 2025 Initial Conference is adjourned to June 30, 2025 at 3:30 pm. The Court hereby excludes time through June 30, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
  So ordered:
  6/25/2025

_____
J. PAUL OETKEN
United States District Judge